7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MISSOURI

*In Re:* Delfenia Ray Trent
*Debtor*

*Bankruptcy Case No.*
13–44379–can7

**Delfenia Ray Trent**
   Plaintiff(s)

*Adversary Case No.*
14–04024–can

v.

**SALLIE MAE SERVICING L.P.**
**U.S. Department of Education**
**ECMC**
   Defendant(s)

## JUDGMENT

     The issues of this proceeding having been duly considered by the Honorable Cynthia A. Norton , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: Judgment is entered in accordance with Stipulated Judgment entered November 7, 2014 between the parties



Ann Thompson
Court Executive

By: /s/ Jamie McAdams
    Deputy Clerk

Date of issuance: 11/7/14

Court to serve